UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR99-602-TSZ |
| Plaintiff, | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| WILLIAM CHARLES MULHOLLAND, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on March 11, 2011. The United States was represented by AUSA Jill Otake and the defendant by Michael Iaria. The proceedings were digitally recorded.

Defendant had been sentenced on or about February 4, 2000 by the Honorable Thomas S. Zilly on a charge of Felon with Three Prior Violent Felony Convictions in Possession of a Firearm, and sentenced to 15 years custody, 5 years supervised release. (Dkt. 27.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing a firearm, submit to mandatory drug testing, participate in a substance abuse program, abstain from alcohol, submit to search, and

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

participate in a mental health program.

On August 4, 2008, the conditions of supervised release were modified to require defendant to provide his probation officer with financial information as requested, and to have no direct or indirect contact with victims or witnesses without approval. (Dkt. 39.)

In an application dated February 25, 2011 (Dkt. 47,48), U.S. Probation Officer Angela M. McGlynn alleged the following violations of the conditions of supervised release:

1. Using amphetamines on or before February 16, and February 22, 2011, in violation of standard condition No. 7.

2. Consuming alcohol on or before February 16, and February 22, 2011, in violation of standard condition No. 7.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred. (Dkt. 52.)

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Zilly.

Pending a final determination by the Court, defendant has been detained.

DATED this <u>11th</u> day of March, 2011.

Mary Alice Theiler
United States Magistrate Judge

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

cc:     District Judge:            Honorable Thomas S. Zilly
        AUSA:                      Jill Otake
        Defendant's attorney:      Michael Iaria
        Probation officer:         Angela M. McGlynn

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3